# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY LEON WEBSTER                                    PLAINTIFF
ADC #114018

v.                       No. 3:19-cv-128-DPM

JANE DOE, Investigator, DHHS                         DEFENDANT

## ORDER

**1.** Motion for more time to file an *in forma pauperis* application, № 2, granted. Webster must pay the filing and administrative fees or file an application to proceed *in forma pauperis* by 30 May 2019. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Webster an application to proceed *in forma pauperis*. If the Court grants Webster permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** Webster's embedded request to amend his complaint, № 2, is denied without prejudice. If he wants to amend, then he must submit an amended complaint on a § 1983 complaint form. The Court directs the Clerk to send him one with this Order.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2019