# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY LEON WEBSTER  
ADC #114018                                               PLAINTIFF

v.                    No. 3:19-cv-128-DPM

JANE DOE, Investigator, DHHS                              DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 June 2019